UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARVIN LEE JONES,

Plaintiff,

v.

DWIGHT JOHNSON and
JAMES BRUTON,

Defendants.

---

Civil File No. 01-556 (DWF/AJB)

ORDER

Plaintiff, a prisoner of the State of Minnesota, has filed a complaint seeking relief for alleged violations of his federal constitutional rights. (Docket No. 1.) Plaintiff did not tender the requisite filing fee with his complaint, but instead filed an application seeking leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) By order dated April 5, 2001, (Docket No. 3), the Court advised Plaintiff that his IFP application would not be addressed, and his action could not proceed, unless he paid the initial partial filing fee required by 28 U.S.C. § 1915(b)(1). Plaintiff has now paid his initial partial filing fee, (Docket No. 4), and the matter is therefore before the Court for the purpose of determining whether Plaintiff should be allowed to prosecute his claims as an IFP litigant.

The Court finds that Plaintiff is eligible for IFP status, and his IFP application will therefore be GRANTED. This means that he will be allowed to bring the present action without pre-paying the full filing fee. He will, however, be required to pay the unpaid balance of the filing fee, (in this case $141.18), in installments pursuant to 28 U.S.C. § 1915(b)(2). The Clerk of Court shall provide notice of this requirement to the prison authorities at the institution where Plaintiff is confined.

FILED APR 19 2001
CLERK
DEPUTY CLERK

Because IFP status has been granted, Plaintiff is entitled to have the Defendants served by the U.S. Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). The Court will therefore order that Marshal service be performed.

The Court will defer any ruling on the adequacy of Plaintiff's pleading. See 28 U.S.C. § 1915A. Those Defendants upon whom service of process is effected will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and complaint, so that Defendants will be apprised of their obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action, ($141.18), in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. The U.S. Marshal shall effect service of process on the two named Defendants, Dwight Johnson and James Bruton, and a copy of this order shall be served by the Marshal with the summons and complaint; and

4. Those Defendants on whom service of process is effected shall be required to file a response to Plaintiff's complaint.

Dated: April 19th, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge