**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Marvin Lee Jones,

Plaintiff,

v.

Dwight Johnson and James Bruton,

Defendants.

Civil File No. 01-556 (DWF/AJB)

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. The period during which the parties may conduct discovery shall terminate on March 1, 2002. Disputes with regard to discovery shall be called immediately to the court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to March 1, 2002. All nondispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions will be considered on the papers submitted without a hearing unless the court determines there is a specific need to hold such a hearing;

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. All dispositive motions shall be filed and served prior to April 1, 2002. All dispositive motions shall be filed and served in compliance with Local Rule 7.1(b). Dispositive motions will be considered on the papers without oral argument unless the court determines there is a specific need to hold such a hearing;

4. This case shall be considered ready for trial on and after May 1, 2002.

Dated: 10/9/01

ARTHUR J. BOYLAN
United States Magistrate Judge