Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641005221
Cashier ID: dbell
Transaction Date: 07/07/2006
Payer Name: MCF OAK PARK HEIGHTS

---

PLRA CIVIL FILING FEE
For: MARVIN JONES
Case/Party: D-MNX-0-01-CV-000556-001 DWF/AJB
Amount: $33.93

---

CHECK
Check/Money Order Num: 124515
Amt Tendered: $33.93

---

Total Due: $33.93
Total Tendered: $33.93
Change Amt: $0.00

SCANNED
JUL 10 2006
U.S. DISTRICT COURT MPLS

U.S. DISTRICT COURT MPLS
JUL 10 2006
ANNED