01-556

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641007418
Cashier ID: jnurnber
Transaction Date: 10/05/2006
Payer Name: MN CORR FAC OPH

---

PLRA CIVIL FILING FEE
For: MARVIN JONES
Case/Party: D-MNX-0-01-CV-000556-001
Amount: $32.60

---

CHECK
Check/Money Order Num: 125051
Amt Tendered: $32.60

---

Total Due: $32.60
Total Tendered: $32.60
Change Amt: $0.00

SCANNED
OCT 06 2006
U.S. DISTRICT COURT MPLS