01-556

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641017053
Cashier ID: kuline
Transaction Date: 10/18/2007
Payer Name: MCF OAK PARK HEIGHTS

---

PLRA CIVIL FILING FEE
For: MARVIN LEE JONES
Case/Party: D-MNX-0-01-CV-000556-001
Amount: $17.40

---

CHECK
Check/Money Order Num: 127338
Amt Tendered: $17.40

---

Total Due: $17.40
Total Tendered: $17.40
Change Amt: $0.00

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS